**Order entered January 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00961-CR**
**No. 05-21-00962-CR**

**BRIAN SYLVESTER DIGGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-52897-M & F20-52898-M**

**ORDER**

The clerk's records were filed on December 29, 2021. Missing from the clerk's record in appellate number 05-21-00961-CR (trial court cause number F20-52897-M) is the trial court's October 27, 2021 certification of the defendant's right to appeal. We **ORDER** Dallas County District Clerk Felicia Pitre to file, **within ten days of the date of this order**, a supplemental clerk's record in 05-21-00961-CR (trial court cause number F20-52897-M) containing the trial court's October 27, 2021 certification of the defendant's right to appeal.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE